Norma Aide Aguilar, Esquire, Assistant Federal Public Defender, Kristi A. Hughes, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, CANBY and FISHER, Circuit Judges.

## MEMORANDUM **

Uriel Sanchez appeals his above-Guidelines sentence for transportation of illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii) and (v)(II). We review for both procedural error and substantive reasonableness under an abuse-of-discretion standard, *Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007), and affirm.

Sanchez's sentence was not based on an impermissible factor. The record demonstrates that the district court considered the proper factors under 18 U.S.C. § 3553(a) and does not suggest that any impermissible factor affected the sentence. *See Gall v. United States*, 552 U.S. at 51, 128 S.Ct. 586; *United States v. Carty*, 520 F.3d 984, 991 (9th Cir.2008) (en banc).

The district court "explain[ed the sentence] sufficiently to permit meaningful appellate review." *Carty*, 520 F.3d at 992.

Nor did the court err by considering under section 3553(a) the same conduct that had already enhanced the Guidelines range. *See* 18 U.S.C. § 3553(a)(1) (requiring the court to consider the "nature and circumstances of the offense"); *Rita v. United States*, 551 U.S. 338, 351, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007) (contemplating that the Guidelines sentence may "fail[ ] to properly reflect § 3553(a) considerations" or that a particular "case [may] warrant[ ] a different sentence regardless"). The sentence was not unreasonable. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

**Mamta PATEL–PURI, Plaintiff–Appellant,**

**v.**

**METROPOLITAN LIFE INSURANCE COMPANY, Kaiser Foundation Health Plan, Inc., Kaiser Foundation Health Plan, Inc., Long Term Disability Plan, Defendants–Appellees.**

No. 08–16633.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 6, 2009.

Decided Feb. 11, 2010.

Kathleen E. Hackett, Barger & Wolen LLP, San Francisco, CA, Mark Hanley

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Lipton, Neyhart, Anderson, Flynn, & Grosboll, Roseville, CA, for Plaintiff–Appellant.

William Lee, J. Russell Stedman, Barger & Wolen LLP, San Francisco, CA, for Defendant–Appellee.

Before: SCHROEDER and BERZON, Circuit Judges, and STROM,* District Judge.

### ORDER

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.